

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE

July 8, 2024

Hon. Steven I. Locke
U.S.D.C., Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4448

    Re:    *Tupper v. State of New York, et. al.*, No. 24-cv-2582 (GRB)(SIL)

Dear Judge Locke:

    This Office represents the State of New York and Judge David P. Sullivan, Defendants in the above-referenced action. The parties submit this joint letter for clarification regarding the portion of this court's July 2, 2024 order which states "[a]s to DE [25], Plaintiff's motion to vacate, NY State is directed to serve opposition on August 2, 2024." The parties have conferred and agree that opposition papers should be served by the Ronald D. Weiss and/or Vartolo defendants, not by the State Defendants.

    In DE [25], plaintiff moves to vacate the foreclosure judgment entered against him in the underlying foreclosure proceeding that defendant Sullivan presided over. The State defendants have no interest in the outcome of the foreclosure action and the parties respectfully request that this court's order be changed to instruct only the interested defendants to oppose plaintiff's motion.

                                  Respectfully Submitted,

                                  /s/ *Beth Kaufman*

                                Beth M. Kaufman
                                Assistant Attorney General

cc: *by ECF, E-mail, and FedEx, to:*
    Garrett B. Tupper Jr.
    537 Liberty Avenue
    Williston Park, NY 11596
    garrett@peoplepc.com