**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARRETT B. TUPPER JR, | Case No. 24-CV-2582-GRB-SIL |
| Plaintiff, | |
| v. | |
| THE STATE OF NEW YORK; DAVID P SULLIVAN; MAUREEN O'CONNELL; ARTHUR NASTRE; RONALD D. WEISS P.C.; FRIEDMAN VARTOLO, LLP; KNUCKLES KOMOSINSKI AND MANFRO, LLP; RICHARD F. KOMOSINSKI; MICHAEL W. NARDOLILLO; JULIANA THIBAUT; ZACHARY ROBIN GOLD; SEAN MONAHAN, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION IN RESPONSE TO PLAINTIFF'S OBJECTIONS
TO THE REPORT & RECOMMENDATION**

Zachary Gold, Esq., hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner with Friedman Vartolo LLP, counsel for certain Defendants in this action, and am familiar with the facts and procedural history of this matter.

2.      I submit this Supplemental Declaration in support of Defendants' Response to Plaintiff's Objections to the Report and Recommendation and for the purpose of placing before

the Court pleadings and decisions from subsequent state-court proceedings that were not part of the record submitted in connection with Defendants' original motion to dismiss.

3.      Defendants' original motion papers already placed before the Court Plaintiff's related state-court action under Nassau County Supreme Court Index No. 605330/2024 and the Decision and Order dismissing that action with prejudice. See Declaration of Zachary Gold in Support of Defendants' Motion to Dismiss ("Gold Decl."), DE [91-2], Exs. 6–7. Those materials are not duplicated herein.

4.      Plaintiff filed an Amended Complaint in *Tupper v. J.P. Morgan Chase Bank, N.A., et al.*, Nassau County Supreme Court Index No. 000769/2024, asserting claims concerning the same Mortgage, Plaintiff's alleged April 8, 2014 TILA rescission, Defendants' standing, and the related foreclosure proceedings. *See* **Exhibit 1**.

5.      By Decision and Order dated July 29, 2025 and entered on August 5, 2025, the Honorable Denise L. Sher dismissed Plaintiff's Amended Complaint with prejudice, including on the grounds of res judicata and collateral estoppel. *See* **Exhibit 2**.

6.      Plaintiff thereafter commenced *Tupper v. State of New York, et al.*, Nassau County Supreme Court Index No. 604101/2025, asserting claims arising from the same foreclosure proceedings, including lack of standing, alleged violations of the FDCPA, and Plaintiff's alleged April 8, 2014 TILA rescission. *See* **Exhibit 3**.

7.      By Decision and Order dated June 16, 2025, the Honorable Leonard D. Steinman dismissed Plaintiff's Amended Complaint against the answering defendants, including on res judicata grounds, and denied Plaintiff's motion seeking to "enforce" his alleged TILA rescission. By subsequent Decision and Order dated July 2, 2025, Justice Steinman denied Plaintiff's motions

to supplement the dismissed pleading and for default judgment against MTGLQ Investors, L.P. and Shellpoint Mortgage Servicing. *See* **Exhibit 4**.

8.      Plaintiff subsequently commenced *Tupper v. U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust, et al.*, Nassau County Supreme Court Index No. 621747/2025, seeking, among other things, cancellation and discharge of the Mortgage and asserting claims concerning the effect of the June 2025 settlement and payments. *See* **Exhibit 5**.

9.      By Decision and Order dated February 17, 2026, the Honorable Maureen McHugh Heitner dismissed Plaintiff's Complaint with prejudice. Among other things, the Court addressed the June 2025 settlement of the Foreclosure Action, the payments made in connection with that settlement, the acknowledgment of the mortgage debt, and the release contained in the settlement Stipulation. *See* **Exhibit 6**.

10.     Plaintiff appealed from the Decision and Order issued in *Tupper v. U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust, et al.*, Nassau County Supreme Court Index No. 621747/2025, to the Appellate Division, Second Department, where the appeal has been assigned Case No. 2026-02303. *See* **Exhibit 7.**

11.     The foregoing materials are submitted for the Court's consideration in connection with its review of Plaintiff's Objections and Defendants' previously asserted defenses of res judicata and collateral estoppel.

Dated: July 28, 2026

/s/ *Zachary Gold*_____
Zachary Gold, Esq.
Attorneys for Defendants
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5187